# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. BREANNA LYNN LUNA, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:22-cr-48-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 6/23/2022 | Start: | 9:50 AM | Adjourn: | 10:31 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Daniel C. Tvedt | | | | | | | |
| | Defendant(s): | Jennifer J. Frese (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser | | | | | | | |
| | Interpreter: | -- | | Language: | -- | | Certified: | -- | Phone: -- |

| TYPE OF PROCEEDING: | INITIAL APPEARANCE: | X | AND/OR | ARRAIGNMENT: | X | AND PLEA |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | | Contested? | No | Continued from a previous date? No |
| Date of information: | 6/7/2022 | | | |
| Was defendant *Mirandized*? | Yes | | | |
| Defendant pleaded GUILTY to count(s): | 1 of the information | | | |
| Counsel: | Retained: | or Appointed: X | FPD/CJA Panel: | CJA Panel: Jennifer J. Frese |
| Did the government move for detention? | Yes | Defendant detained pending sentencing? Yes | | |
| Detention hearing: | See below | | | |
| **Witness/Exhibit List is** | **SEALED** Government Exhibit 1 (plea agreement) received without objection | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:**

**Initial Appearance and Arraignment (9:50-9:55 AM)**
- Defendant waives reading of the information
- Court advises the Defendant of her right to prosecution by indictment.
- Defendant waives her right to prosecution by indictment and agrees to proceed by information. Waiver of indictment filed at doc. 3.
- Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by *Brady v. Maryland* and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.

**Plea (9:55-10:16 AM)**
- Court places the Defendant under oath.
- Defendant is competent and understands the charge.
- Defendant knows that there is an adequate factual basis, knows the maximum penalties, and knows her rights to a jury trial and voluntarily waives those rights.
- Defendant's plea of guilty is voluntary.
- Court finds that the Defendant should be adjudged guilty of count 1 of the information based upon her plea of guilty.
- USP to prepare PSIR.

| | **Detention (10:16-10:31 AM)** |
|---|---|
| | - Mandatory detention provision applies. Mr. Tvedt does not believe there are any exceptional reasons to allow the Defendant to be released pending sentencing. Ms. Frese argues against the mandatory detention provision. |
| | - Court finds that exceptional circumstances have not been shown. Defendant directed to surrender herself to the US Marshal Service immediately following this hearing. |