IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 22-CR-00048-CJW |
| vs. | ) ) | |
| BREANNA LYNN LUNA, | ) ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Sentencing in this matter has been set for Monday, November 7, 2022, at 9:30 a.m. Pursuant to the Court's order setting the sentencing hearing (Doc. 19), the government provides the following information:

**I. Witnesses**

None.

**II. Exhibits**

None.

### III. Issues

The only issue the Court will need to resolve at the sentencing hearing is defendant's anticipated motion for a downward variance. The government will respond to defendant's motion in a separate filing after it has been filed.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
dillan.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ DRE