IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. 22-CR-48 |
| BREANNA LUNA, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING LETTERS IN SUPPORT

COMES NOW Defendant and submits the attached letters in support of the Defendant.

Kathryn Whitver, Defendant's Aunt

Keely Ralston, Defendant's Sister

Diane Shaw, Defendant's Mother

                                                  BREANNA LUNA, Defendant

BY: */s/ Jennifer Frese*
Jennifer Frese, Attorney AT0008317
KAPLAN & FRESE, LLP
111 East Church Street
Marshalltown, Iowa 50158
Phone: 641-753-5549
Fax: (641) 753-0962
Email: jennifer@kaplanfrese.com
ATTORNEY FOR DEFENDANT.

CERTIFICATE OF SERVICE

I hereby certify that on **November 4, 2022** I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

**Breanna Luna**, Defendant

By: /s/ Jennifer Frese
    Attorney for Defendant

July 29, 2022

To: Presiding Judge, United States District Court, Northern District of Iowa

Re: Character Reference for Sentencing Court for Breanna Tritle Luna

From: Kathryn A. Whitver, Juris Master, (retired instructional designer/technical writer)

Dear Sir/Ma'am

I am writing this character reference letter for my niece, Breanna Tritle Luna, for consideration in her sentencing hearing for drug possession with intent to sell. When my sister, Breanna's mother, told me about the charges, Breanna's guilty plea, and her current incarceration, I asked if I could write a letter to the court so the judge could understand Breanna's sober character as I do.

I am Breanna's aunt and have known her since she was born. I remember as an elementary student she had aspirations to attend Harvard. Breanna is highly intelligent, has an exceptional work ethic, and is a loving and engaged mother to her children. Her kids are good students, active in school activities, and well behaved, which reflects the discipline and devotion given by their mother and father. I have always admired Breanna's strong will and innate sense of ethics, so her decision to plead guilty to her drug charges did not surprise me, and I'm proud of her honesty and sense of obligation to the law.

Unfortunately, our family is one that is plagued by alcoholism and drug addiction. Breanna was not spared, and I'm sure that the drugs initially dulled the pain of losing her fourth baby Jovan to heart disease. After talking with Breanna's mom, I believe Breanna is facing her addiction and is committed to making her current jail time one of reflection, growth, and honest accounting. She is prepared to face the sentence prescribed by her crime; however, I would ask you to consider a sentence that includes a restitution, and therapy that gives Breanna the opportunity and skills to once again contribute her substantial gifts to her family and community.

Thank you,

Kathryn A. Whitver

Your Honor,

I am writing this character reference on behalf of my sister Breanna Luna. I have known Breanna for most of my life despite not growing up in the same home.

I am aware of the circumstances involving Breanna's current situation and I would like to offer my piece of mind on her behalf so that you may take it into consideration.

As a child and young adult my sister was always gifted in academics and extracurricular activities. Early on in life Breanna was unstoppable when it came to setting and achieving her goals. Shortly after becoming a single mother to her oldest child and starting classes at Kirkwood she met her current husband Josue Luna. Breanna started down a path of on and off substance abuse. Josue was very controlling of Breanna and over the years of their relationship they had four children together, one who passed away as an infant. Breanna was always a very involved mother. She has always pushed her children to be strong and educated and to try new things. Despite the domestic and substance issues at home her children were in gifted classes and involved in activities.

Breanna was never a violent person and was always very well composed in high stress situations. As time went on Breanna's relationship with Josue became more and more domestic. After the loss of her infant son Jovan and health issues with her kidneys coupled with the domestic abuse she was enduring, Breanna turned more and more to escaping her situation by using drugs. Josue decided that he too wanted to begin to use and that's when things got out of control. Josue would take advantage of Breanna when she was passed out, he would do things like block the doors and not allow her to leave, turn off the wifi so that she couldn't communicate with anyone and take the family car. Police were being called and the children were witnessing assaults and fights on a regular basis.
The DHS removed the children from Breanna and Josue and placed them with another sister of ours, Jessica Roosevelt. Breanna started living on

the streets and did so for a few years, all the while being manipulated by Jessica who wanted to sabotage the childrens return to their parents. Eventually the children were emergency removed from Jessica and placed in my care in early July 2021.

Breanna had completed a treatment program and was having regular contact with her children when Beanna learned of her federal charges and the possible amount of time she would be absent from her children. The thing that really got to me was how she handled the news. I feel most people would spiral out of control but not Breanna. She came to my home and sat all off her children down, she explained that she would be going to prison and answered all of the questions the kids had. Breanna explained the importance of accountability and that all choices come with consequences. She explained that this is going to make them all stronger and give her a second chance to get things right. Breanna seemed very optimistic and motivated with the different programs available for rehabilitation and education.

Breanna is a very caring and involved parent that has a lot to offer her children. I believe my sister is a good person who was stuck in bad circumstances for a very long time. I believe that escaping her domestic relationship and having peace and knowing that her children are well cared for is going to allow Breanna to fully benefit from the help she will receive while incarcerated.

Thank you for your time,
Keely Ralston

November 3, 2022

The Honorable CJ WILLIAMS
Judge of U.S. District Court
111 7th Ave SE
Cedar Rapids, IA 52401

Re:   Breanna Lynn Luna

Dear Judge Williams:

Thank you for the opportunity and privilege to communicate with you regarding my daughter, Breanna Luna. Although some of my writing may be biased, I will keep this as factual and succinct as possible. First, full disclosure, I am a grateful, recovering alcoholic. I love AA and I love, love, love sobriety.

The minute Breanna was born, she brought such joy and love to our family. (Breanna is the youngest of my three children. Brian is the oldest and Jessica is the middle child.) She was a fun and funny baby and toddler and that continued through her school years and adulthood. Brian, especially, developed an uncanny maternal instinct and doted on her, admired and respected her, and was protective of her.

Breanna is very intelligent, genuine and has always had a love for learning. Being a straight "A" student was seemingly effortless for her. I have memories of me in the kitchen making supper and Breanna pulling up a chair and sharing what she learned in school that day, and sometimes repeating portions of lectures word for word!

She is also extremely musically talented on both piano and clarinet, being self-taught after only a couple of lessons. She made first chair in Tri-State Band three years in a row. Her band teacher told me once that she had more talent in her little finger than his whole band put together.

In 8th grade, Breanna "lettered" in track. She loved to run and could been seen out running in the early morning hours on our gravel road. The track coach convinced her to go out for cross-county.

The beauty of all of this is that Breanna was never boastful or arrogant. She handled herself with poise and grace. She was also one of those "rare" students that was sociable with and friendly to people of all backgrounds. She was determined not to be pigeon-holed. She was classy in her dress, well-mannered and articulate.

Now on to the later teenage years, 16 and older. Well, do we really have to go there? If you have teens or have raised teens, need say no more? Otherwise, yes, we had struggles in her teens stemming mainly from rule-making and rule-breaking, rebellion and fear. The fear was mine. We definitely butted heads.

Breanna embraced adulthood. She is a hard-worker and is like her mom in that she actually enjoys working. At 19 years of age, she was promoted to assistant manager at the Kahler Grand Hotel restaurant in Rochester, MN, a favorite and frequent destination for people whose family and friends are treated at the Mayo Clinic.

She fell in love for the first time. Andrew and Breanna were together for several years. Breanna and I grew closer and we would have bi-weekly dinners out checking out different restaurants and talking into the way-too-late evening hours.

Breanna took to motherhood like she did it all her life. As a mom, I have been the fearful and worrying type mom. Breanna is a more relaxed mom, more like her Aunt Kathy. She listens to her kids with "quiet and fascinated attention.... with the ear of the heart." (Kay Lindahl) She is immensely proud of them and frequently remarks that her kids are just amazing people. I tend to agree. Likewise, her children, despite the recent sufferings, absolutely adore their mom.

Breanna had her first child, Malayna, in 2004. Malayna, like her mom, was also a happy, fun and loving baby. And that has continued through her 18 years. I hope she never loses her sparkle. Brian made the comment about Malaya, more than once.... *that kid is always smiling*. Fast forward to 2005, she met Josue. They adored each other and Breanna learned Spanish from Josue and she taught him English. Josue was abusive and controlling. The marriage became a rollercoaster ride, lacked stability, and became an emotional and physical drain on Breanna. She remarked that she never thought she would be able to get away from Josue and that when she finally did, she was "an empty shell of a person." At the same time, along comes meth.

At first, she felt that meth was giving her what she had been missing for so long…self-worth, courage, happiness, and freedom from despair and the empty pit of loneliness. She made "friends" that supported her quickly growing emotional and physical dependence on the drug, people that feigned pleasure in her company (especially if she was the seller), that persuaded her now-addicted self they were real friends and would never leave or turn on her, would protect and comfort her, and that they would "welcome" her into their (flop) house.

We all know how the story (lie) goes. Meth is both a preditor and a predator. Dr. Silkworth described drug and alcoholism as a "threefold disease of the mind, body and spirit: a spiritual malady, a physical allergy and a mental obsession." The drug or alcohol hunts you down and tells you lies. It justifies your actions and you do things that you would never have conceived you would do. And so goes Breanna as she moved from user to seller. Meth was now her life, and replaced everything real and good, and every one, family included. She would not or could not face that fact. It was too painful and heart-wrenching. She needed her "medicine" in order to live, or die, anything to escape the agony of what she had done and had become. She went to treatment four times, and walked away four times.

Finally, in January 2022, she went to treatment, <u>on her own</u>. She didn't tell anyone where she was going and, in fact, did not tell me until mid-March that she had gone. However, when I got that phone call, I could tell immediately that something was different. She was sober!

Breanna has been sober and made it clear to me, "I have no excuses. I did the crime, now I have to do the time." Her goal now is to stay clean and sober, have the courage to accept her past, place her life and faith in her Higher Power and to begin rebuilding herself and her family. She recently said to me, "I can get better or I can get bitter, and I can't let bitterness break me."

I ask that when considering a sentence, the Court bears in mind what Breanna was like before meth, what happened and what she is like now; a sentence that allows for continued rehabilitation, i.e., therapy, AA program, Bible studies, educational opportunities; a sentence that considers her disposition and character; and a sentence that considers the non-violent nature of the charge and her cooperation with the legal processes. Again, thank you for the opportunity to address this Court.
Sincerely,

DIANE SHAW





